DANIEL BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE SEGOVIANO-GONZALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr.S. 06-413-EJG |
| ) | |
| Plaintiff, ) | STIPULATION CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING TIME; |
| v. ) | AND ORDER |
| ) | |
| JOSE SEGOVIANO-GONZALES, ) | |
| ) | Date:  December 8, 2006 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Hon. Edward J. Garcia |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, JOSE SEGOVIANO-GONZALES, by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for November 17, 2006 be reset for Friday, December 8, 2006, at 10:00 a.m.

This continuance is being requested because both counsel are

1

currently in trial. The government needs additional time to prepare a fast-track plea agreement in this case. Once that plea agreement is provided, defense counsel must arrange for an interpreter and read the plea agreement and the presentence report to Mr. Segoviano prior to providing it to the court.

The parties stipulate that speedy trial time be excluded from the date of this order through the date of the status conference set for December 8, 2006 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 14, 2006          Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  JOSE SEGOVIANO-GONZALES


                                  McGREGOR W. SCOTT
                                  United States Attorney


DATED:  November 14, 2006         /s/ Rachelle Barbour for
                                  MICHAEL BECKWITH
                                  Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: November 15, 2006          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
                                  UNITED STATES DISTRICT JUDGE

2